

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00261-CR

**DENNIS BIGGS,**

                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                        **Appellee**


_____


**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. 22227**


## MEMORANDUM  OPINION


Appellant, Dennis Biggs, appeals from his conviction for unlawful possession of a firearm by a felon. *See* TEX. PENAL CODE ANN. § 46.04 (West 2011). On March 16, 2015, appellant's counsel filed a motion to dismiss this appeal that was signed by both appellant and his counsel and indicated an intent to "withdraw Appellant's Notice of Appeal" and "dismiss this appeal."

Appellant's motion to dismiss is granted, and this appeal is hereby dismissed. *See* TEX. R. APP. P. 42.2(a).

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion to dismiss granted; appeal dismissed
Opinion delivered and filed March 26, 2015
Do not publish
[CR25]

